Date: 03/30/11

DIVIDENDS REMITTED TO THE COURT

Case Number 09-37602 - STOESZ, NANCY SYLVIA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000005 | 381.72 | 1.19 |
|  |  | 381.72 | 1.19 |

---------- Remittance Total ---------------

CHARLES W. RIES, Trustee

COURT1

Printed: 03/30/11  08:53 AM   Ver: 16.01c